### 42853. ROBINSON v. THE STATE.

PANNELL, Judge. The defendant was convicted of the offense of shoplifting under the Act approved February 26, 1957 (Ga. L. 1957, p. 115; *Code Ann.* § 26-2640) and appeals to this court from the judgment overruling her motion for new trial based on the general grounds only. *Held:*

The evidence, though circumstantial, was sufficient to authorize the verdict.

*Judgment affirmed. Bell, P. J., and Joslin, J., concur.*
SUBMITTED JUNE 12, 1967—DECIDED JUNE 16, 1967—
REHEARING DENIED JUNE 30, 1967—

*B. Clarence Mayfield,* for appellant.

*Andrew J. Ryan, Jr., Solicitor General, Andrew J. Ryan, III,* for appellee.